# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-0055

———————————————

Tony Leon Brown,

    Appellant,

v.

State of Florida,

    Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.


March 11, 2024

Per Curiam.

    Affirmed.

Kelsey, M.K. Thomas, and Nordby, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Kevin P. Steiger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.